UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    )         Chapter **13**
    **Matthew Thomas Cattie**        )
    **Lauren Amber Cattie**
                    Debtor    )         Bankruptcy No.**22-11898**

**SUPPLEMENTAL APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

..............................................................................................

Joseph Quinn, Counsel for Debtors, applies under § 330 of the Code for an order directing the chapter 13 trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the debtor's chapter 13 plan and represents:

1. Applicant is counsel for debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on July 21, 2022

3. The debtor's chapter 13 plan was confirmed by the court on October 25, 2022

4. The debtor paid the applicant $436.00 prior to the filing of the chapter 13 petition.

5. Applicant's prior applications:

    **First Application Period**

    July 21, 2022 to October 25, 2022

|          | Requested | Allowed   | Paid       | Due        |
|----------|-----------|-----------|------------|------------|
| Fees     | $ **3,814.00** | $ **3,814.00** | $ **1,168.40** | $ **2,645.60** |
| Expenses | $ **0.00**     | $ **0.00**     | $ **0.00**     | $ **0.00**     |

6. Applicant requests an award of supplemental compensation of $900.00 for 3.50 hours expended in providing the following services: Correspondence with Debtors; review of claims, prior plan, trustee account; prepared and filed praecipe to change address, modified plan, motion to modify, notice of motion, proposed order, certificate of service, amended schedule "J"; service upon debtors and parties in interest.

7. Applicant requests that compensation be awarded at the following hourly rate(s):
    Attorney Joseph Quinn - $290/hour

8. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: N/A

9. A copy of the applicant's disclosure of compensation pursuant to F.R.B.P. 2016(b) is attached as Exhibit "A"

10. Attached as Exhibit B is a copy of the applicants time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor after confirmation of debtor's chapter 13 plan.

11. All services rendered and expenses incurred for which compensation or reimbursement is requested

    a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

    b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

12. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

    ☑ is adequately funded.

    ☐ is not adequately funded.

13. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $900.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

Dated: **December 16, 2022**       Signed: **/s/ Joseph Quinn**
                                                            Applicant

By: **Joseph Quinn**
Name: **Ross, Quinn & Ploppert, P.C.**
Address: **192 S. Hanover Street, Suite 101**
**Pottstown, PA 19464**
Phone No.: **610-323-5300**
Fax No.: **610-323-6081**